# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-8521**                                      **September Term, 2022**

20-BG-583

**Filed On:** January 24, 2023

In re: Larry Elliott Klayman,

      Respondent


    **BEFORE:**   Henderson, Katsas, and Rao, Circuit Judges

### O R D E R

Upon consideration of this court's order to show cause filed October 24, 2022, the response thereto, and the notice filed January 5, 2023, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that this case be scheduled for oral argument before a merits panel.

The Clerk is directed to enter a briefing schedule and to calendar this case for oral argument.

### Per Curiam