# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 22-8521** | **September Term, 2022** |
| | 20-BG-583 |
| | **Filed On:** March 13, 2023 |

In re: Larry Elliott Klayman,

     Respondent

**BEFORE:**    Henderson, Katsas, and Rao, Circuit Judges

### O R D E R

Upon consideration of the motion to recuse, it is

**ORDERED** that the motion be denied. Respondent has not demonstrated that recusal is warranted. See 28 U.S.C. § 455.

### Per Curiam

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

        BY:    /s/
                    Selena R. Gancasz
                    Deputy Clerk