# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-8521**　　　　　　　　　　　　　　**September Term, 2022**

**20-BG-583**

**Filed On:** March 14, 2023

In re: Larry Elliott Klayman,

　　Respondent

### **O R D E R**

Upon consideration of respondent's motion to stay, it is

**ORDERED** that the motion be denied.

### **Per Curiam**

　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　BY:　　/s/
　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　Deputy Clerk