# IN THE UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| In re: LARRY ELLIOT KLAYMAN | No: 22-8521 |
| Respondent | (District of Columbia Court of Appeals, No. 20-BG-583) |

## MOTION FOR LEAVE TO FILE USB FLASH DRIVE

Respondent Larry Klayman ("Mr. Klayman") hereby moves for leave to have filed the USB flash drive containing the underlying record at the Board on Professional Responsibility in *In re Klayman*, 20-BG-583 (the "Sataki Matter") . This flash drive was delivered to the Court via Federal Express and confirmed to have been received by Deputy Clerk Lynda Flippin in her message of March 22, 2023, where she wrote:

> In addition, we are in receipt of a flash drive of material sent to the court. There is no provision for you to file something on a flash drive. Anything that was intended to be included from the underlying record should have been part of the appendix. Cir. Rule 25(c)(5) addresses filing documents that exceed the file size limitation by requiring they be filed in paper. The underlying documents contained on the pdf need to be in proper format and submitted in paper. **If these documents are not contained within the appendix that was filed, you may need a motion for leave to file them**.

A review of Mr. Klayman's briefs and appendix will show that the Sataki Matter involved events from 2010, and given that it has taken thirteen (13) years to reach this Court, it is clear that there is an extremely voluminous record that must be

1

reviewed. This is why Mr. Klayman submitted the USB flash drive containing the record, which contains over 1GB of data. It is therefore impossible to in any practical way provide the Court with paper copies of the entire record.

In this regard, every other Court and jurisdiction in which reciprocal discipline is at issue has asked for and accepted the underlying record on an USB flash drive for filing, as it is the only practicable way to submit over 1GB of data.

It is also crucially important for the Court to have the entire record, and in particular the transcripts at the Hearing Committee level, which in and of themselves comprise well over 1000 pages, covering a hearing that lasted six (6) days. The Court must review these transcripts, and in particular the testimony of Timothy Shamble ("Mr. Shamble"), the Complainant Elham Sataki's ("Ms. Sataki") union representative at Voice of America, who was an integral part of Mr. Klayman's representation of Ms. Sataki and was present every step of the way, and who provided compelling testimony that Mr. Klayman had done nothing wrong and in fact, testified that:

> I've had several employees that have hired attorneys, and they have asked for the union to cooperate with them and to, you know, help them with their cases. But, in all honesty, I've never seen one go as far and as dedicated as Mr. Klayman was towards Ms. Sataki. I felt like he went above and beyond. Tr. 903- 04.

Mr. Shamble also testified that he even recommended Mr. Klayman to other VOA employees who needed representation. Tr. 902.

2

The Court therefore must accept the USB drive containing the entire underlying record for filing, as every other jurisdiction has done, as it is clear that if the Court intends to make a decision on the facts of the matter, it must have the full record, including the transcripts of the Hearing Committee hearing at its full disposal to refer to should it at any point need clarification while reviewing this matter. There is simply no harm to the Court having the entire record at its disposal, which is why every other jurisdiction has accepted identical USB drives for filing.

DATED: March 30, 2023				Respectfully submitted,

						/s/ Larry Klayman
						Larry Klayman, Esq.
						Klayman Law Group, P.A.
						7050 W. Palmetto Park Road
						Boca Raton, FL 33433
						Email: leklayman@gmail.com
						Tel: 561-558-5336

						*Respondent Pro Se*

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limits because, excluding the parts of the document exempted, this document contains 583 words.

						/s/ Larry Klayman