# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-8521**                                        **September Term, 2022**

20-BG-583

**Filed On: April 3, 2023** [1993074]

In re: Larry Elliott Klayman,

       Respondent

### O R D E R

Upon consideration of respondent's motion for leave to file a USB flash drive, it is,

**ORDERED** that the motion be denied.

### Per Curiam

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

               BY:      /s/
                                         Michael C. McGrail
                                         Deputy Clerk