**IN THE UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

| In re: LARRY ELLIOT KLAYMAN<br><br>Respondent | No: 22-8521<br><br>(District of Columbia Court of Appeals, No. 20-BG-583) |
|---|---|

**RESPONDENT LARRY KLAYMAN'S NOTICE OF FILING THE ATTACHED TRANSCRIPT OF THE ORAL ARGUMENT OF MAY 9, 2023**

Respondent, Larry Klayman, hereby files a transcript prepared by a certified court reporter from the audio of the oral argument held on May 9, 2023, before the Panel of three judges who continue to sit on this case despite their having conflict of interest, as they are defendants in a case filed by Mr. Klayman to obtain equitable relief in the Superior Court of the District of Columbia. *Klayman v. Rao et al*, 2023-CAB-002616 (D.C. Sup. Ct.).

It is hoped that the Panel will review this transcript and the audio and reflect and fairly act on the injustice that has occurred and continues to occur in this proceeding, in violation of Mr. Klayman's constitutional due process and equal protection rights.

Also, of great concern, as reflected on this transcript, is the open and pronounced hostility toward Mr. Klayman displayed by the Honorable Robert L.

Wilkins of this Panel, which obviously stems from and latent extrajudicial bias and prejudice against him.

DATED: May 10, 2023

Respectfully submitted,

/s/ Larry Klayman

Larry Klayman, Esq.
7050 W. Palmetto Park Road
Boca Raton, FL 33433
Email: leklayman@gmail.com
Tel: 561-558-5336

*Respondent Pro Se*

U.S. COURT OF APPEALS, D.C. CIRCUIT

Case No. 22-8521

IN RE: LARRY ELLIOT KLAYMAN

TRANSCRIPTION OF AUDIO RECORDING OF ORAL ARGUMENT HELD BEFORE HONORABLE JUDGE KAREN LeCRAFT HENDERSON, HONORABLE JUDGE ROBERT L. WILKINS, AND HONORABLE JUDGE JUSTIN R. WALKER

(Pages 1 to 16)

Date: May 9, 2023
Location: 333 Constitution Avenue NW
Washington, D.C. 20001

Transcription By: Gail Hmielewski
Court Stenographer

ALL PARTIES APPEARED IN PERSON:

Appeared for Larry E. Klayman:

LARRY E. KLAYMAN, ESQUIRE, PRO SE
FREEDOM WATCH, INC.
7050 West Palmetto Park Road
Boca Raton, Florida 33433
310-595-0800
leklayman@gmail.com

INDEX OF PROCEEDINGS


| | PAGE |
|---|---|
| PROCEEDINGS | 4 |
| CERTIFICATE OF REPORTER | 16 |

(This is a transcription of an audio recording of proceedings that were held on May 9, 2023. The link for the audiotape was provided by Larry E. Klayman.)

PROCEEDINGS

THE CLERK: Case No. 22-8521, In Re: Larry Klayman. Mr. Klayman for the respondent.

JUDGE HENDERSON: Mr. Klayman, good morning.

MR. KLAYMAN: Good morning. May it please the Court, Judge Henderson, Judge Wilkins, and Judge Walker.

This is a very important case. It involves me, but it really involves everyone. It involves issues of whether or not an individual can get a fair hearing.

This case is 13 years old. It began in 2010. Florida, Pennsylvania dismissed identical complaints filed by Ms. Elham Sataki 13 years ago.

The case sat at the D.C. Bar Disciplinary Counsel for seven years. Ms. Sataki, under the policies of the Office of Disciplinary Counsel, abandoned the complaint. That's in our brief. Seven years later it was resurrected when there was a new disciplinary counsel by the name of Hamilton Fox. The previous disciplinary counsel, Gene Shipp, was a very fair and honest man.

During the reign of Mr. Fox, various

conservatives and Republican lawyers are the subject of bar complaints. It's become kind of a jihad in a way - Kellyanne Conway; former Attorney General Bill Barr, all four presidents of the D.C. Bar brought a complaint against him because he simply dismissed the indictment of Michael Flynn; Rudy Giuliani; John Eastman; Senator Ted Cruz; Josh Hawley. Yet on the other hand, Kevin Clinesmith, who got wrapped up in the Russian collusion investigation, who was convicted of perjury, had a slap on the wrist. There's something wrong there. There's something not right.

At the hearing committee, they were a very partisan committee, an individual by the name of Michael Tigar, who had been fired by Justice Brennan for his ties to Fidel Castro, sat on that committee. He recently wrote a book, Mythologies of What's Wrong with Capitalist Law, I'm just paraphrasing - endorsed by Angela Davis, Bernardine Dohrn - and Anthony Fitch, the hearing chair, was very deferential to him, very much of the same political persuasion.

Importantly, there is no clear and convincing evidence that I committed any ethics violations. I submitted seven material witnesses, including the

union president, Tim Shamble, who worked with me every step of the way to try to help Ms. Sataki. She had claimed sexual harassment and workplace retaliation at the Voice of America.

I had Gloria Allred, who happens to be a friend of mine, but also I took Ms. Sataki to her when it was determined that she should get other counsel. She didn't want Ms. Allred. I took her to another one and she didn't want that lawyer, either.

Former Judge Stanley Sporkin, who you remember testified on my behalf, said that my case strategy was sound. He attested to my character. I'd been in front of him for many, many years, may his soul rest in peace. He showed up at the hearing in a wheelchair with his family, that's how much he felt about coming to testify on my behalf.

Ms. Sataki was coached. She was told to say that I never got authorization to publicize her case. Mr. Shamble testified that that's the way you can try to coax a settlement with Voice of America, which has the reputation of being the worst agency in government in terms of employee relations.

But importantly, after the hearing committee

and during the briefing process before the board -- And I might add the board was chaired by Matt Kaiser, Matt Kaiser who has now filed cases against Donald Trump and who wrote for Above the Law, extolling the virtues of Hillary Clinton and disparaging Trump, is a partisan as well. He was the board chairman.

I asked to open the record to look at that document because Ms. Sataki had given a video interview on Persian TV in Los Angeles revealing all of the information she claims that I should not have revealed to try to coax the settlement, and in fact she went up to Capitol Hill with Tim Shamble.

Your Honor, we were forced to file a Rule 60 complaint in the Superior Court. That complaint is going through its process now.

THE COURT: Help me understand. The Rules of Civil Procedure in Superior Court are pretty much identical to the Federal Rules of Civil Procedure.

MR. KLAYMAN: Correct.

THE COURT: So could, if you were -- If your bar application was either revoked or denied by the U.S. Supreme Court, you sought to become a member of the U.S. Supreme Court Bar, do you believe you could file an action under Rule 60 in the

U.S. District Court to have the District Court judge set aside the order of the Supreme Court denying you admission to the Supreme Court Bar?

MR. KLAYMAN: That is not the issue here.

THE COURT: I'm asking you a question. Would that be a plausible lawsuit?

MR. KLAYMAN: Yes, it would be. It would be, in my opinion.

THE COURT: Do you think Rule 60 would give a U.S. District judge the authority to set aside an order of the U.S. Supreme Court?

MR. KLAYMAN: If that order was based on fraud, yes, and we're saying there was fraud here. The prosecutorial --

(Inaudible.)

THE COURT: Well, that's the theory of your Superior Court lawsuit under Rule 60, right?

MR. KLAYMAN: Your Honor, the reason your question, in all due respect, is out of context is because the judgment here was of the Court of Appeals for the District of Columbia. Consequently, that judgment can be set aside.

THE COURT: By the Superior Court of the District of Columbia --

MR. KLAYMAN: (Inaudible) appealed back.

THE COURT: -- which is inferior to the D.C. Court of Appeals, right?

MR. KLAYMAN: Yes, it then can be appealed back, but that's not the point.

THE COURT: An inferior court can set aside a judgment of the Superior Court?

MR. KLAYMAN: If it's based on fraud, okay. If in fact an individual comes in, like Ms. Sataki did --

THE COURT: Can you cite me an instance in the history of litigation where that's ever happened?

MR. KLAYMAN: Your Honor, I'm glad that you're asking these questions. I will file a supplemental brief. I've been asking for the Court to consider it.

THE COURT: No, I'm not asking for a supplemental brief. You haven't been given leave to do that --

MR. KLAYMAN: I haven't been given leave for anything.

THE COURT: -- you're being given an opportunity now.

MR. KLAYMAN: I haven't been given leave for anything, I agree, I haven't, and it's -- You know, please --

THE COURT: You've got your time right now, tell me when that's ever happened.

MR. KLAYMAN: I've only got ten minutes because I asked for 20 minutes, but let me get to the point here, Your Honor, if I may. Regardless of that, regardless of that, these documents were not considered. I was denied due process. That video was not considered.

People died in the intervening 13 years. Rotunda, Professor Rotunda was going to testify on my behalf, an expert; Arlene Aviera, the psychologist who treated Ms. Sataki, who I took her to because she was in emotional distress, these people died. Documents were lost. Florida and Pennsylvania dismissed the case.

You can sit there and be upset at me, but I'm entitled to defend myself and I've asked - repeatedly I asked you to review the record. That's something that you can do. You said you wouldn't even do that. I wanted to give you a flash drive and I gave you a hard copy - oh, we don't want to look at that.

I asked for a stay, a simple stay so we can sort through these issues - no, that was refused as well.

I asked for more than ten minutes because there's no litigant on the other side. I couldn't even get more than ten minutes.

Then I was forced to file a complaint in the Superior Court just to try to get you to look at the record, get you to look at the record. You're defendants in this case, you can't sit on this case against me. I didn't file that for the purpose of trying to disqualify you, I filed it for the purpose to get you to look at the record and you wouldn't do that and now you're sitting here on this court --

THE COURT: Why are you saying we --

MR. KLAYMAN: You're sitting here on this court --

THE COURT: Why are you saying --

MR. KLAYMAN: -- and you have a conflict of interest.

THE COURT: Mr. Klayman, we look at whatever you file. You have -- You are subject to the rules just like everybody else. If you want to file an appendix, take the appropriate parts of the record and put it in an appendix and we'll review it. Why should you be above the rules?

MR. KLAYMAN: I'm not, and that's exactly what

we did. Your clerk told me to move to leave to put the testimony in the record --

THE COURT: You had an opportunity --

MR. KLAYMAN: -- and I'm asking you to look at the record.

THE COURT: -- to file an appendix and you did. Then you wanted to supplement the appendix and we didn't grant you leave, just like --

MR. KLAYMAN: There's no harm in that.

THE COURT: -- just like we don't grant lots of people leave to file everything they want.

MR. KLAYMAN: You know, I would expect, Your Honor, because you represent not just me but the American people, you take an oath of office that you're not to rule based on personality or the person, but on the basis of the facts and the law. There was no prejudice to grant that and - not to grant that, and in all of these orders that you've issued, there's no explanation, there's no reasoning, it's just, bam, and I suggest that a lot of this has to do with the fact that I've been critical of certain members of this court and I have written a book.

In fact, I'd like to leave you a copy, I hope you read it and I hope you take it to heart - It

Takes a Counter-Revolution: Wake Up America - where I talk about some of the members of this court who have not lived to the Judicial Code of Conduct, which is in great debate today, I might add. This, Your Honor, is a situation which many people have described.

I supported Donald Trump. I don't like what's going on with the January 6th defendants here, the peaceful ones, some of whom I represent in class actions. I've been critical and I believe that a lot of what's been going on here with the three of you, in all due respect, is retaliation. I can't even get a fair hearing from you.

I've been a member of this bar for many, many years, since 1980, and this is a situation today which has even been described by Alan Dershowitz as McCarthyism with regard to people who have supported Donald Trump. Let's take their law license away, let's not let them practice law, let's remove them.

Well, I'm standing up here as a matter of principle. Frankly, you know, to file cases in this court anymore, I would try to find another court where I had jurisdiction and standing, but I'm here as a matter of principle because today

it's Larry Klayman, tomorrow it's somebody else, and you've got a situation here where even the former attorney general, Bill Barr, all four presidents of the D.C. Bar and an assistant bar counsel filed a complaint against him simply because he decided to dismiss a complaint against - a criminal indictment against Michael Flynn.

This city has become toxic. This city has become in fact weaponized, particularly against conservative and Republican lawyers, and all I'm asking for you to do is to read the record, read the testimony of Tim Shamble, read the seven witnesses.

Ms. Sataki was impeached on a number of occasions. The Office of Civil Rights, where I filed a claim for her, said that she had not told the truth about the sexual harassment and about the workplace retaliation. She testified in front of this Court that she wanted to go to Los Angeles because she was going to commit suicide if she didn't because of what happened.

THE COURT: Your time is up, Mr. Klayman.

MR. KLAYMAN: Okay.

THE COURT: Can you wrap up?

MR. KLAYMAN: Thanks. Well, Your Honor, I

just ask you to read the record, that's all, please, and I'm asking you not just for me, but for what this Court stands for - integrity, not retaliation.

And here's my book and I'd like to give you a copy. May I approach the bench?

THE COURT: No, you may not.

MR. KLAYMAN: Okay. Well, maybe you can get it online. Thank you.

(The audio concluded.)

C E R T I F I C A T E

DISTRICT OF COLUMBIA COUNTY, D.C.

I, Gail Hmielewski, Court Stenographer, do hereby certify that the foregoing transcript, Pages 1 to and including 15, is a true and correct transcription of an audio recording of court proceedings that was provided to me by Larry E. Klayman, Esquire, and was transcribed to the best of my ability.

Dated this 10th day of May, 2023.

Gail Hmielewski

Gail Hmielewski, Court Stenographer

**A**

**abandoned** 4:20
**ability** 16:11
**action** 7:25
**actions** 13:10
**add** 7:2 13:4
**admission** 8:3
**agency** 6:23
**ago** 4:16
**agree** 9:24
**Alan** 13:16
**Allred** 6:5,8
**America** 6:4,22 13:1
**American** 12:14
**Angela** 5:19
**Angeles** 7:10 14:19
**Anthony** 5:20
**anymore** 13:23
**appealed** 8:25 9:3
**Appeals** 1:1 8:21 9:2
**Appeared** 2:1,3
**appendix** 11:22 11:23 12:6,7
**application** 7:22
**approach** 15:6
**appropriate** 11:22
**ARGUMENT** 1:7
**Arlene** 10:11
**aside** 8:2,10,22 9:5
**asked** 7:8 10:4 10:17,18,23 11:1
**asking** 8:5 9:13 9:14,16 12:4 14:11 15:2
**assistant** 14:4
**attested** 6:13
**attorney** 5:3 14:3
**audio** 1:7 4:1 15:10 16:9
**audiotape** 4:2
**authority** 8:10
**authorization** 6:19
**Avenue** 1:15
**Aviera** 10:11

**B**

**back** 8:25 9:4
**bam** 12:20
**bar** 4:17 5:2,5 7:22,24 8:3 13:14 14:4,4
**Barr** 5:4 14:3
**based** 8:12 9:7 12:15
**basis** 12:16
**began** 4:14
**behalf** 6:12,17 10:11
**believe** 7:24 13:10
**bench** 15:6
**Bernardine** 5:20
**best** 16:11
**Bill** 5:4 14:3
**board** 7:1,2,7
**Boca** 2:5
**book** 5:17 12:23 15:5
**Brennan** 5:16
**brief** 4:20 9:14 9:17
**briefing** 7:1
**brought** 5:5

**C**

**C** 16:1,1
**Capitalist** 5:18
**Capitol** 7:13
**case** 1:2 4:4,10 4:14,17 6:12 6:20 10:15 11:7,7
**cases** 7:3 13:22
**Castro** 5:16
**certain** 12:22
**CERTIFICATE** 3:5
**certify** 16:7
**chair** 5:21
**chaired** 7:2
**chairman** 7:7
**character** 6:13
**CIRCUIT** 1:1
**cite** 9:10
**city** 14:8,8
**Civil** 7:18,19 14:15
**claim** 14:16
**claimed** 6:3
**claims** 7:11
**class** 13:9
**clear** 5:23
**clerk** 4:4 12:1
**Clinesmith** 5:8
**Clinton** 7:5
**coached** 6:18
**coax** 6:21 7:12
**Code** 13:3
**collusion** 5:9
**Columbia** 8:21 8:24 16:4
**comes** 9:8
**coming** 6:17
**commit** 14:20
**committed** 5:24
**committee** 5:13 5:14,17 6:25
**complaint** 4:20 5:5 7:15,15 11:4 14:5,6
**complaints** 4:16 5:2
**concluded** 15:10
**Conduct** 13:3
**conflict** 11:17
**Consequently** 8:22
**conservative** 14:10
**conservatives** 5:1
**consider** 9:14
**considered** 10:7 10:8
**Constitution** 1:15
**context** 8:19
**convicted** 5:10
**convincing** 5:23
**Conway** 5:3
**copy** 10:21 12:24 15:6
**correct** 7:20 16:8
**counsel** 4:18,19 4:22,23 6:8 14:5
**Counter-Revo...** 13:1
**COUNTY** 16:4
**court** 1:1,23 4:8 7:15,17,18,21 7:23,24 8:1,1,2 8:3,5,9,11,16 8:17,20,23,23 9:1,2,5,5,6,10 9:14,16,21 10:1 11:5,12 11:13,15,16,19 12:3,6,10,22 13:2,23,24 14:19,22,24 15:3,7 16:6,9 16:18
**criminal** 14:7
**critical** 12:22 13:10
**Cruz** 5:7

**D**

**D.C** 1:1,16 4:17 5:4 9:2 14:4 16:4
**Date** 1:15
**Dated** 16:13
**Davis** 5:19
**day** 16:13
**debate** 13:4
**decided** 14:6
**defend** 10:17
**defendants** 11:7 13:8
**deferential** 5:21
**denied** 7:22 10:7
**denying** 8:3
**Dershowitz** 13:16
**described** 13:6 13:16
**determined** 6:7
**died** 10:9,14
**disciplinary** 4:17,19,22,23
**dismiss** 14:6
**dismissed** 4:15 5:6 10:15
**disparaging** 7:6
**disqualify** 11:9
**distress** 10:13
**District** 8:1,1,10 8:21,24 16:4
**document** 7:9
**documents** 10:6 10:14
**Dohrn** 5:20
**Donald** 7:4 13:7 13:18
**drive** 10:21
**due** 8:19 10:7 13:12

**E**

**E** 2:3,4 4:2 16:1 16:1,10
**Eastman** 5:7
**either** 6:10 7:22
**Elham** 4:16
**ELLIOT** 1:4
**emotional** 10:13
**employee** 6:23
**endorsed** 5:19
**entitled** 10:17
**Esquire** 2:4 16:10

**ethics** 5:24
**everybody** 11:21
**evidence** 5:24
**exactly** 11:25
**expect** 12:12
**expert** 10:11
**explanation** 12:19
**extolling** 7:5

**F**

**F** 16:1
**fact** 7:13 9:8 12:21,24 14:9
**facts** 12:16
**fair** 4:13,24 13:13
**family** 6:16
**Federal** 7:19
**felt** 6:16
**Fidel** 5:16
**file** 7:14,25 9:13 11:4,8,20,22 12:6,11 13:22
**filed** 4:16 7:3 11:9 14:5,16
**find** 13:23
**fired** 5:15
**Fitch** 5:20
**flash** 10:21
**Florida** 2:5 4:15 10:14
**Flynn** 5:6 14:7
**forced** 7:14 11:4
**foregoing** 16:7
**former** 5:3 6:11 14:3
**four** 5:4 14:3
**Fox** 4:23,25
**Frankly** 13:22
**fraud** 8:13,13 9:7
**FREEDOM** 2:4
**friend** 6:6
**front** 6:14 14:18

**G**

**Gail** 1:23 16:6 16:18
**Gene** 4:24
**general** 5:4 14:3
**Giuliani** 5:7
**give** 8:9 10:20 15:5
**given** 7:9 9:17 9:19,21,23
**glad** 9:12
**Gloria** 6:5
**go** 14:19
**going** 7:16 10:10 13:8,11 14:20
**good** 4:6,7
**government** 6:23
**grant** 12:8,10,17 12:18
**great** 13:4

**H**

**Hamilton** 4:23
**hand** 5:8
**happened** 9:11 10:2 14:21
**happens** 6:5
**harassment** 6:3 14:17
**hard** 10:21
**harm** 12:9
**Hawley** 5:8
**hearing** 4:13 5:13,20 6:15 6:25 13:13
**heart** 12:25
**held** 1:8 4:1
**help** 6:2 7:17
**Henderson** 1:8 4:6,8
**Hill** 7:13
**Hillary** 7:5
**history** 9:11
**Hmielewski** 1:23 16:6,18
**honest** 4:24
**Honor** 7:14 8:18 9:12 10:5 12:13 13:5 14:25
**HONORABLE** 1:8,9,10
**hope** 12:24,25

**I**

**identical** 4:15 7:19
**impeached** 14:14
**important** 4:10
**importantly** 5:23 6:25
**Inaudible** 8:15 8:25
**including** 5:25 16:8
**INDEX** 3:1
**indictment** 5:6 14:7
**individual** 4:12 5:14 9:8
**inferior** 9:1,5
**information** 7:11
**instance** 9:10
**integrity** 15:3
**interest** 11:18
**intervening** 10:9
**interview** 7:10
**investigation** 5:10
**involves** 4:10,11 4:11
**issue** 8:4
**issued** 12:19
**issues** 4:12 10:24

**J**

**January** 13:8
**jihad** 5:3
**John** 5:7
**Josh** 5:7
**judge** 1:8,9,10 4:6,8,8,9 6:11 8:2,10
**judgment** 8:20 8:22 9:6
**Judicial** 13:3
**jurisdiction** 13:24
**Justice** 5:16
**JUSTIN** 1:10

**K**

**Kaiser** 7:3,3
**KAREN** 1:8
**Kellyanne** 5:3
**Kevin** 5:8
**kind** 5:2
**Klayman** 1:4 2:3,4 4:2,5,5,6 4:7 7:20 8:4,7 8:12,18,25 9:3 9:7,12,19,23 10:3 11:14,17 11:19,25 12:4 12:9,12 14:1 14:22,23,25 15:8 16:10
**know** 9:25 12:12 13:22

**L**

**L** 1:9
**Larry** 1:4 2:3,4 4:2,4 14:1 16:10
**law** 5:18 7:4 12:16 13:18,19
**lawsuit** 8:6,17
**lawyer** 6:9
**lawyers** 5:1 14:10
**leave** 9:17,19,23 12:1,8,11,24
**LeCRAFT** 1:8
**leklayman@g...** 2:6
**let's** 13:18,19,20
**license** 13:19
**link** 4:1
**litigant** 11:2
**litigation** 9:11
**lived** 13:3
**Location** 1:15
**look** 7:8 10:22 11:5,6,10,19 12:4
**Los** 7:10 14:19
**lost** 10:14
**lot** 12:20 13:11
**lots** 12:10

**M**

**man** 4:24
**material** 5:25
**Matt** 7:2,3
**matter** 13:21,25
**McCarthyism** 13:17
**member** 7:23 13:14
**members** 12:22 13:2
**Michael** 5:6,15 14:7
**mine** 6:6
**minutes** 10:3,4 11:1,3
**morning** 4:6,7
**move** 12:1
**Mythologies** 5:18

**N**

**name** 4:22 5:14
**never** 6:19
**new** 4:22
**number** 14:14
**NW** 1:15

**O**

**oath** 12:14
**occasions** 14:15
**office** 4:19 12:14 14:15
**oh** 10:21
**okay** 9:7 14:23

15:8
**old** 4:14
**ones** 13:9
**online** 15:9
**open** 7:8
**opinion** 8:8
**opportunity** 9:22 12:3
**ORAL** 1:7
**order** 8:2,11,12
**orders** 12:18

**P**

**PAGE** 3:3
**Pages** 1:12 16:7
**Palmetto** 2:5
**paraphrasing** 5:19
**Park** 2:5
**particularly** 14:9
**PARTIES** 2:1
**partisan** 5:14 7:6
**parts** 11:22
**peace** 6:15
**peaceful** 13:9
**Pennsylvania** 4:15 10:15
**people** 10:9,14 12:11,14 13:5 13:17
**perjury** 5:10
**Persian** 7:10
**person** 2:1 12:16
**personality** 12:15
**persuasion** 5:22
**plausible** 8:6
**please** 4:7 9:25 15:2
**point** 9:4 10:5
**policies** 4:19
**political** 5:22
**practice** 13:19
**prejudice** 12:17
**president** 6:1
**presidents** 5:4 14:4
**pretty** 7:18
**previous** 4:23
**principle** 13:22 13:25
**PRO** 2:4
**Procedure** 7:18 7:19
**proceedings** 3:1 3:4 4:1,3 16:9
**process** 7:1,16 10:7
**Professor** 10:10
**prosecutorial** 8:14
**provided** 4:2 16:9
**psychologist** 10:12
**publicize** 6:19
**purpose** 11:8,10
**put** 11:23 12:1

**Q**

**question** 8:5,19
**questions** 9:13

**R**

**R** 1:10 16:1
**Raton** 2:5
**read** 12:25 14:11 14:11,12 15:1
**really** 4:11
**reason** 8:18
**reasoning** 12:20
**record** 7:8 10:18 11:6,6,10,23 12:2,5 14:11 15:1
**recording** 1:7 4:1 16:9
**refused** 10:24
**regard** 13:17
**regardless** 10:5 10:6
**reign** 4:25
**relations** 6:24
**remember** 6:11
**remove** 13:20
**repeatedly** 10:18
**REPORTER** 3:5
**represent** 12:13 13:9
**Republican** 5:1 14:10
**reputation** 6:22
**respect** 8:19 13:12
**respondent** 4:5
**rest** 6:15
**resurrected** 4:21
**retaliation** 6:4 13:12 14:18 15:4
**revealed** 7:12
**revealing** 7:10
**review** 10:18 11:23
**revoked** 7:22
**right** 5:12 8:17 9:2 10:1
**Rights** 14:15
**Road** 2:5
**ROBERT** 1:9
**Rotunda** 10:10 10:10
**Rudy** 5:7
**rule** 7:14,25 8:9 8:17 12:15
**rules** 7:17,19 11:21,24
**Russian** 5:9

**S**

**sat** 4:17 5:16
**Sataki** 4:16,18 6:2,6,18 7:9 9:8 10:12 14:14
**saying** 8:13 11:13,16
**SE** 2:4
**Senator** 5:7
**set** 8:2,10,22 9:5
**settlement** 6:21 7:12
**seven** 4:18,21 5:25 14:12
**sexual** 6:3 14:17
**Shamble** 6:1,20 7:13 14:12
**Shipp** 4:24
**showed** 6:15
**side** 11:2
**simple** 10:23
**simply** 5:6 14:5
**sit** 10:16 11:7
**sitting** 11:11,14
**situation** 13:5 13:15 14:2
**slap** 5:11
**somebody** 14:1
**sort** 10:24
**sought** 7:23
**soul** 6:14
**sound** 6:13
**Sporkin** 6:11
**standing** 13:21 13:24
**stands** 15:3
**Stanley** 6:11
**stay** 10:23,23
**Stenographer** 1:23 16:6,18
**step** 6:2
**strategy** 6:12
**subject** 5:2 11:20
**submitted** 5:25
**suggest** 12:20
**suicide** 14:20
**Superior** 7:15 7:18 8:17,23 9:6 11:5
**supplement** 12:7
**supplemental** 9:13,17
**supported** 13:7 13:18
**Supreme** 7:23 7:24 8:2,3,11

**T**

**T** 16:1,1
**take** 11:22 12:14 12:25 13:18
**Takes** 13:1
**talk** 13:2
**Ted** 5:7
**tell** 10:2
**ten** 10:3 11:1,3
**terms** 6:23
**testified** 6:12,20 14:18
**testify** 6:17 10:10
**testimony** 12:2 14:12
**Thank** 15:9
**Thanks** 14:25
**theory** 8:16
**think** 8:9
**three** 13:11
**ties** 5:16
**Tigar** 5:15
**Tim** 6:1 7:13 14:12
**time** 10:1 14:22
**today** 13:4,15,25
**told** 6:18 12:1 14:16
**tomorrow** 14:1
**toxic** 14:8
**transcribed** 16:10
**transcript** 16:7
**transcription** 1:7,23 4:1 16:8
**treated** 10:12
**true** 16:8
**Trump** 7:4,6 13:7,18
**truth** 14:17
**try** 6:2,21 7:12 11:5 13:23
**trying** 11:9

**TV** 7:10

**U**

**U.S** 1:1 7:23,24 8:1,10,11
**understand** 7:17
**union** 6:1
**upset** 10:16

**V**

**various** 4:25
**video** 7:9 10:8
**violations** 5:24
**virtues** 7:5
**Voice** 6:4,21

**W**

**Wake** 13:1
**Walker** 1:10 4:9
**want** 6:8,9 10:22 11:21 12:11
**wanted** 10:20 12:7 14:19
**Washington** 1:16
**WATCH** 2:4
**way** 5:3 6:2,20
**we'll** 11:23
**we're** 8:13
**weaponized** 14:9
**went** 7:13
**West** 2:5
**wheelchair** 6:16
**Wilkins** 1:9 4:8
**witnesses** 5:25 14:13
**worked** 6:1
**workplace** 6:3 14:18
**worst** 6:23
**wouldn't** 10:20 11:11
**wrap** 14:24
**wrapped** 5:9
**wrist** 5:11
**written** 12:23
**wrong** 5:11,18
**wrote** 5:17 7:4

**X**

**Y**

**years** 4:14,16,18 4:21 6:14 10:9 13:15

**Z**

**0**

**1**

**1** 1:12 16:7
**10th** 16:13
**13** 4:14,16 10:9
**15** 16:8
**16** 1:12 3:5
**1980** 13:15

**2**

**20** 10:4
**20001** 1:16
**2010** 4:14
**2023** 1:15 4:1 16:13
**22-8521** 1:2 4:4

**3**

**310-595-0800** 2:6
**333** 1:15
**33433** 2:5

**4**

**4** 3:4

**5**

**6**

**60** 7:14,25 8:9 8:17
**6th** 13:8

**7**

**7050** 2:5

**8**

**9**

**9** 1:15 4:1